**EXHIBIT "A"**

1   Lorona Steiner Ducar, Ltd.
2   3003 North Central Avenue, Suite 1500
    Phoenix, Arizona 85012-2909
3   Telephone: (602) 277-3000
    Facsimile: (602) 277-7478

4   Leslie Rakestraw #010697
5   lrakestraw@azlawyers.com

6   Attorney for Plaintiff

STATE OF ARIZONA
DEPT. OF INSURANCE

DEC 21 2010

TIME 3:18 pm
Method Rec'd by: _____ No. SERVICE OF PROCESS
Date: 12-23-10

Del'd to: _____ LINDA ALLEN
Dept: _____ GC OPS SPRT
Date: _____ DEC 20 2010

7                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                    IN AND FOR THE COUNTY OF MARICOPA

9   DANIEL KRUGER and TAMI            Case No. CV2010-033567
    KAPPHAHN,
10
11              Plaintiffs,                     **SUMMONS**

    vs.
12  United Service Automobile
    Association, an insurance company;
13  John and Jane Does I-X; ABC
    Corporations 1-5; XYZ Partnerships 1-
14  5; and QRS Limited Liability
    Companies 1-5,
15
16              Defendants.

IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION

17  THE STATE OF ARIZONA TO THE DEFENDANTS: **UNITED SERVICE**

18  **AUTOMOBILE ASSOCIATION.**

19          YOU ARE HEREBY SUMMONED and required to appear and defend, within

20  the time applicable, in this action in this Court.  If served within Arizona, you shall

21  appear and defend within 20 days after the service of the Summons and Complaint

22  upon you, exclusive of the day of service.  If served out of the State of Arizona--

23  whether by direct service, by registered or certified mail, or by publication--you shall

24  
25  appear and defend within 30 days after the service of the Summons and Complaint

1

1  upon you is complete, exclusive of the day of service.  Where process is served upon

2  the Arizona Director of Insurance as an insurer's attorney to receive service of legal

3  process against it in this State, the insurer shall not be required to appear, answer or

4  plead until expiration of 40 days after date of such service upon the Director.  Service

5  by registered or certified mail without the State of Arizona is complete 30 days after

6  the date of filing the receipt and affidavit of service with the Court. Service by

7  publication is complete 30 days after the date of first publication.  Direct service is

8  complete when made.  Service upon the Arizona Motor Vehicle Superintendent is

9  complete 30 days after filing the Affidavit of Compliance and return receipt or

10  Officer's Return. RCP; A.R.S. §§ 20-222, 28-502, 28-503.

11           YOU ARE HEREBY NOTIFIED that in case of your failure to appear and

12

13  defend within the time applicable, judgment by default may be rendered against you

14  for the relief demanded in the Complaint.

15           YOU ARE CAUTIONED that in order to appear and defend, you must file an

16

17  Answer or proper response in writing with the Clerk of this Court, accompanied by the

18  necessary filing fee, within the time required, and you are required to serve a copy of

19  any Answer or response upon the Plaintiff's attorney.  RCP 10(d); A.R.S. §12-311;

20  RCP 5.

21

22       **Requests for reasonable accommodation for persons with disabilities must**

23  **be made to the division assigned to the case by parties at least 3 judicial days in**

24  **advance of a scheduled court proceeding.**

25  The name and address of Plaintiff's attorney is:

LORONA STEINER DUCAR, LTD.
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1500
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

2

1

2   Leslie Rakestraw

3   Lorona Steiner Ducar, Ltd.
   3003 North Central Avenue, Suite 1500

4   Phoenix, Arizona  85012-2909

5

6   SIGNED AND SEALED this date: _____

7                  Michael K. Jeanes, Clerk

8                       DEC 1 7 2010

9                  MICHAEL K. JEANES, CLERK
                  By     C. ALLEN
                     DEPUTY CLERK

10                  Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LORONA STEINER DUCAR, LTD.
ATTORNEYS AT LAW
3003 NORTH CENTRAL AVENUE, SUITE 1500
PHOENIX, ARIZONA 85012-3909
(602) 277-3000

3

**COPY**

1 | **LORONA STEINER DUCAR, LTD.**
3003 North Central Avenue, Suite 1500

2 | Phoenix, Arizona 85012
(602) 277-9308; fax (602) 277-7478

3 | Leslie Rakestraw #010697
E-mail: l_rakestraw@yahoo.com

4 | Attorneys for Plaintiffs

DEC 1 7 2010

 MICHAEL K. JEANES, CLERK
C. ALLEN
DEPUTY CLERK

5 | <center>**SUPERIOR COURT OF THE STATE OF ARIZONA**</center>

6 | <center>**COUNTY OF MARICOPA**</center>

7
8 | DANIEL KRUGER and TAMI KAPPHAHN,

No: CV2010-033567

9 | Plaintiffs,

10 | vs.

**COMPLAINT**

11 | United Service Automobile Association, an insurance company;

**(Breach of Contract, Bad Faith)**

12 | John and Jane Does I-X; ABC Corporations 1-5; XYZ Partnerships 1-5; and QRS Limited Liability

13 | Companies 1-5,

14 | Defendants.

15 | COME NOW the Plaintiffs, Daniel Kruger and Tami Kapphahn, by and through

16 | counsel undersigned, and for their Complaint, allege the following:

17 | <center>**JURISDICTION AND VENUE**</center>

18 | 1.      This matter involves an amount in excess of the jurisdictional limits of the

19 | Superior Court in the State of Arizona and this Court has jurisdiction thereof.

20 | 2.      Plaintiffs are residents of Maricopa County and the incidents that are the

21 | subject of this lawsuit happened in Maricopa County; venue is appropriate in Maricopa

22 | County.

23 | 3.      Defendant, United States Automobile Association (USAA), is an insurance

24 | company doing business in Arizona; Defendant is authorized to transact the business of

25 | insurance in the State of Arizona by the Director of Insurance of this state.

26 | <center>**COUNT ONE**</center>
<center>**(Breach of Contract)**</center>

27

28 | 4.      Plaintiff Tami Kapphahn purchased an automobile insurance policy from

1 USAA through the Internet to cover a 2006 Dodge Caravan purchased jointly with
2 Plaintiff Daniel Kruger.

3    5.    Plaintiff Kapphahn carefully read the information on the website for USAA
4 and nowhere did she see in specified that a couple living together without being married
5 needed a "co-hab" endorsement to their automobile insurance policy.

6    6.    Defendant USAA issued insurance cards for the 2006 Dodge Caravan and
7 Daniel Kruger is listed as a "co-insured" on the insurance card.

8    7.    Plaintiffs advised a Customer Service Representative for USAA that they
9 had been living together for over five years, but that they were not married; Plaintiffs
10 were never told they needed a "co-hab" endorsement on their automobile insurance
11 policy.

12    8.    On April 7, 2010,  Plaintiff Daniel Kruger was in a serious automobile
13 collision while riding as a passenger in another person's vehicle.

14    9.    The at-fault driver was underinsured and his insurance company paid his
15 $15,000 limits; Daniel Kruger had additional insurance in the amount of $10,000
16 medical payments coverage and $25,000 underinsured motorist coverage, and those
17 payments were made.

18    10.    Because of the severity of his injuries, the foregoing available insurance
19 was not sufficient to cover all the damage sustained by Daniel Kruger; he requested
20 payment of the USAA underinsured policy limits of $300,000, but Defendant USAA
21 failed and refused to pay, despite Plaintiff having damages in excess of that amount.

22    11.    As a direct and proximate result of Defendant's breach of the insurance
23 contract, Plaintiffs have been damaged.

24    12.    Because this action arises out of a contract, Plaintiffs are entitled to recover
25 their reasonable attorneys' fees pursuant to A.R.S. §12-341.01.

26
27
28

2

## COUNT TWO
### (Bad Faith)

13.     Plaintiffs hereby reallege the allegations made in Paragraphs 1 through 12 as if fully set forth herein.

14.     Because of the relationship of the Defendant, USAA, as insurer with Plaintiffs as insureds, Defendant owes to Plaintiffs the duty of good faith and fair dealing; Defendant has breached the duty of good faith and fair dealing.

15.     Defendant USAA intentionally denied Plaintiffs' claim for contract benefits after he was in a collision with an underinsured motorist, without a reasonable basis for such action; Defendant USAA knew or should have known that it acted without a reasonable basis.

16.     In all aspects of investigating or evaluating Plaintiffs' claim, Defendant, USAA, is required to give as much consideration to the interests of the Plaintiffs as it does to its own interests; Defendant USAA has given no consideration to the interests of the Plaintiffs and has acted solely in its own interests in refusing to pay Plaintiffs' claim.

17.     As a direct and proximate result of Defendant's breach of the insurance contract and bad faith of the Defendant, Plaintiffs have failed to receive the promised benefits of the contract; despite demand therefor, Defendant USAA continues to refuse to pay such benefits.

18.     As a further direct and proximate result of the bad faith of the Defendant, Plaintiffs have had difficulty paying Daniel Kruger's medical bills, have been apprehensive and anxious over their financial situation, have been greatly inconvenienced and have experienced emotional distress.

WHEREFORE, Plaintiffs pray for judgment against the Defendant as follows:

1.     In a reasonable sum to be determined by the jury to compensate the Plaintiffs for benefits promised in the insurance contract, but no less than the $300,000,

3

1    for which Plaintiffs contracted.

2        2.      In a reasonable sum to be determined by the jury to compensate the

3    Plaintiffs for their general and hedonic damages attributable to having made regular

4    payments under the insurance contract, and then having said benefits denied when Daniel

5    Kruger was in a collision with an underinsured motorist.

6        3.      For reasonable attorney's fees pursuant to A.R.S. §12-341.01.

7        4.      For costs of suit incurred herein.

8        5.      For interest arising at the earliest date permitted by law at the statutory

9    rate of 10% per annum on the costs of suit and the sum certain amount pled herein as

10   provided by law.

11       6.      For such other relief as the Court and jury may find just and proper.

13   DATED this 8th day of December, 2010.

15                           LORONA STEINER DUCAR, LTD.

17                           Leslie Rakestraw
18                           3003 North Central Avenue, Suite 1500
                             Phoenix, Arizona 85012
19                           Attorneys for the Plaintiffs

4

COPY

**LORONA STEINER DUCAR, LTD.**
3003 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
(602) 277-9308; fax (602) 277-7478
Leslie Rakestraw #010697
E-mail: l_rakestraw@yahoo.com
Attorneys for Plaintiffs

DEC 1 7 2010


MICHAEL K. JEANES, CLERK
C. ALLEN
DEPUTY CLERK

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| DANIEL KRUGER and TAMI KAPPHAHN, | No: CV2010-033567 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF ARBITRATION** |
| United Service Automobile Association, an insurance company; John and Jane Does I-X; ABC Corporations 1-5; XYZ Partnerships 1-5; and QRS Limited Liability Companies 1-5, | **(Breach of Contract, Bad Faith)** |
| Defendants. | |

    COME NOW the Plaintiffs, Daniel Kruger and Tami Kapphahn, by and through

counsel undersigned, and certify that the largest award sought by the Plaintiffs, including

punitive damages, but excluding interest, attorney's fees and costs **does** exceed the limits

set by the Arizona Civil Rules of Procedure, Rule 72(b)(e).  This case is **not** subject to

compulsory arbitration.


    DATED this ⟪8th⟫ day of December, 2010.


                    LORONA STEINER DUCAR, LTD.

                    ⟪Leslie Rakestraw⟫
                    Leslie Rakestraw
                    3003 North Central Avenue, Suite 1500
                    Phoenix, Arizona 85012
                    Attorneys for the Plaintiffs

**COPY**

1  **LORONA STEINER DUCAR, LTD.**
   3003 North Central Avenue, Suite 1500
2  Phoenix, Arizona 85012
   (602) 277-9308; fax (602) 277-7478
3  Leslie Rakestraw #010697
   E-mail: l_rakestraw@yahoo.com
4  Attorneys for Plaintiffs

**DEC 1 7 2010**

MICHAEL K. JEANES, CLERK
C. ALLEN
DEPUTY CLERK

5              **SUPERIOR COURT OF THE STATE OF ARIZONA**

6                        **COUNTY OF MARICOPA**

7
   DANIEL KRUGER and TAMI
8  KAPPHAHN,                              No: CV2010-033567

9                      Plaintiffs,

10 vs.                                    **JURY DEMAND**

11 United Service Automobile
   Association, an insurance company;    **(Breach of Contract, Bad Faith)**
12 John and Jane Does I-X; ABC
   Corporations 1-5; XYZ Partnerships 1-
13 5; and QRS Limited Liability
   Companies 1-5,
14
                     Defendants.
15
            COME NOW the Plaintiffs, Daniel Kruger and Tami Kapphahn, by and through
16
   counsel undersigned, and hereby demand a trial by jury.
17

18      DATED this 8th day of December, 2010.

19

20                          LORONA STEINER DUCAR, LTD.

21

22

23                          Leslie Rakestraw
                            3003 North Central Avenue, Suite 1500
24                          Phoenix, Arizona 85012
                            Attorneys for the Plaintiffs
25

26

27

28

**EXHIBIT "B"**

1  Timothy R. Hyland (I.D. No. 010298)
   Connie T. Gould (I.D. No. 013544)
2  **KUNZ PLITT HYLAND**
   **DEMLONG & KLEIFIELD**
3  A Professional Corporation
   3838 North Central Avenue, Suite 1500
4  Phoenix, Arizona 85012-1902
   Email: trh@kunzlegal.com
5  Email: ctg@kunzlegal.com
   Tel:  (602) 331-4600
6  Fax: (602) 331-8600

7  Attorneys for Defendant USAA
     Casualty Insurance Company

8
              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                  **IN AND FOR THE COUNTY OF MARICOPA**
10

11  DANIEL KRUGER and TAMI
    KAPPHAHN,                              NO. CV2010-033567

12              Plaintiffs,              **NOTIFICATION OF FILING**
                                         **NOTICE OF REMOVAL**
13  vs.

14  UNITED SERVICE AUTOMOBILE
    ASSOCIATION, an insurance
15  company; JOHN and JANE DOES I-X;
    ABC CORPORATIONS 1-5; XYZ
16  PARTNERSHIPS 1-5; and QRS
    LIMITED LIABILITY COMPANIES
17  1-5,

18              Defendants.

19

20  **TO:  THE CLERK OF THE CAPTIONED COURT, THE COURT ADMINISTRATOR**
         **OF THE MARICOPA COUNTY SUPERIOR COURT AND PLAINTIFF**
21
          PLEASE  TAKE  NOTICE  that  on  this  date,  Defendant  USAA  Casualty  Insurance
22
    Company, incorrectly identified as United Service Automobile Association, filed in the United
23
    States District Court for the District of Arizona a Notice of Removal of the above-entitled case
24

25

1   from this Court to United States District Court.   A true and correct copy of the Notice of

2   Removal filed in the United States District Court is attached hereto as Exhibit A.

3          DATED this 18th day of January, 2011.

4
                                        KUNZ PLITT HYLAND
5                                       DEMLONG & KLEIFIELD
                                        A Professional Corporation
6

7          By    /s/Connie T. Gould
                   Timothy R. Hyland
8                  Connie T. Gould
                   3838 North Central Avenue, Suite 1500
9                  Phoenix, Arizona 85012-1902
                   Attorneys for Defendant USAA Casualty
10                     Insurance Company

11  ORIGINAL of the foregoing e-filed
    this 18th day of January, 2011, with:
12
    Clerk of Court
13  Maricopa County Superior Court
    101/201 West Jefferson
14  Phoenix, Arizona  85003

15  COPY of the foregoing mailed
    this 18th day of January, 2011, to:
16
    Court Administrator
17  Maricopa County Superior Court
    Central Court Building
18  201 West Jefferson
    Phoenix, Arizona 85003-2243
19
    Leslie Rakestraw
20  Lorona Steiner Ducar, Ltd.
    3003 North Central Avenue, Suite 1500
21  Phoenix, AZ  85012
    Attorneys for Plaintiffs
22

         /s/Cindy Noeding
23

24

25
                                   - 2 -

**EXHIBIT A**

1    Timothy R. Hyland (I.D. No. 010298)
     Connie T. Gould (I.D. No. 013544)
2    **KUNZ PLITT HYLAND**
     **DEMLONG & KLEIFIELD**
3    A Professional Corporation
     3838 North Central Avenue, Suite 1500
4    Phoenix, Arizona 85012-1902
     Email: trh@kunzlegal.com
5    Email: ctg@kunzlegal.com
     Tel: (602) 331-4600
6    Fax: (602) 331-8600

7    Attorneys for Defendant USAA
       Casualty Insurance Company

8
                 **IN THE UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF ARIZONA**
10

11   DANIEL KRUGER and TAMI            NO.
     KAPPHAHN,

12                    Plaintiffs,
                                       **NOTICE OF REMOVAL**
13   vs.

14   UNITED SERVICE AUTOMOBILE
     ASSOCIATION, an insurance
15   company; JOHN and JANE DOES I-X;
     ABC CORPORATIONS 1-5; XYZ
16   PARTNERSHIPS 1-5; and QRS
     LIMITED LIABILITY COMPANIES
17   1-5,

18                    Defendants.

19
           Defendant USAA Casualty Insurance Company ("USAA CIC"), incorrectly
20
     identified as United Service Automobile Association, pursuant to 28 U.S.C. §§ 1332 and
21
     1441, and Local Rule 3.7, *Local Rules of the United States District Court for the District of*
22
     *Arizona*, hereby files this Notice of Removal and removes the above-captioned case from
23
     the Arizona Superior Court, Maricopa County, to the United States District Court for the
24
     District of Arizona. In support of removal, Defendant USAA CIC respectfully asserts:
25

1.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332, and this action may be removed pursuant to 28 U.S.C. § 1441(b), because it is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of $75,000.00. The Complaint asserts claims for breach of an insurance contract and insurance bad faith. Plaintiffs seek contract damages for underinsured motorist benefits in the sum of $300,000. Plaintiffs also seek an unspecified amount for "general and hedonic damages" and attorneys' fees under A.R.S. § 12-341.01.

2.    Plaintiff Daniel Kruger is a citizen and resident of the State of Arizona.

3.    Plaintiff Tami Kapphahn is a citizen and resident of the State of Arizona.

4.    Defendant USAA CIC is a citizen of the State of Texas by virtue of the fact that it is a Texas corporation with its principal place of business in the State of Texas.

5.    This case was filed in the State of Arizona, Maricopa County, Cause No. CV2010-033567.

6.    Upon information and belief, on or about December 21, 2010, Plaintiffs served United Services Automobile Association with a copy of the Summons, Complaint, Certificate of Arbitration, and Jury Demand through the State of Arizona Department of Insurance. A copy of the Summons, Complaint, Certificate of Arbitration, and Jury Demand are attached hereto as Exhibit "A."

7.    This Notice of Removal is being filed within thirty (30) days after receipt of the Complaint, served on December 21, 2010, and this Notice of Removal is being timely filed under 28 U.S.C. § 1446(b).

8.    The time in which Defendant USAA CIC has to answer or move with respect to the Complaint has not expired.

9.    A Notification of Filing Notice of Removal in federal court has been filed in the Superior Court of Arizona, Maricopa County, on behalf of Defendant.  A true and

- 2 -

1  correct copy of the Notification of Filing Notice of Removal is attached hereto as Exhibit

2  "B."

3      10.   Counsel for Defendant verifies that the documents attached as Exhibit "A"

4  and Exhibit "B," are true and complete copies of all pleadings and other documents filed in

5  the Superior Court of Arizona, Maricopa County.

6      WHEREFORE, Defendant USAA Casualty Insurance Company, incorrectly

7  identified as United Service Automobile Association, requests that the above action now

8  pending in the Superior Court of Arizona, Maricopa County, be removed to this Court.

9      RESPECTFULLY SUBMITTED this 18th day of January, 2011.

10     **KUNZ PLITT HYLAND**
       **DEMLONG & KLEIFIELD**
11     A Professional Corporation

12     By    s/Connie T. Gould
              Timothy R. Hyland
13            Connie T. Gould
              3838 North Central Avenue, Suite 1500
14            Phoenix, Arizona  85012-1902
              Attorneys for Defendant USAA Casualty
15               Insurance Company

16  ORIGINAL of the foregoing e-filed
    this 18th day of January, 2011, with:
17
    Clerk
18  United States District Court
    District of Arizona
19  401 West Washington
    Phoenix, Arizona  85003
20
    COPY of the foregoing mailed
21  this 18th day of January, 2011, to:

22  Leslie Rakestraw
    Lorona Steiner Ducar, Ltd.
23  3003 North Central Avenue, Suite 1500
    Phoenix, AZ  85012
24  Attorneys for Plaintiff

25       s/Cindy Noeding

- 3 -